# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2016

150747

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 150747
COA: 317971
Wayne CC: 13-000351-FC

HERBERT KEETH,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 13, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2016

Clerk

d0718